# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES-GENERAL

Case No. CV 17-3408-MWF (PLA)　　　　　　　　　　　　　Date July 12, 2017

Title:　Aram Hambardzumyan v. Mr. McDonald, et al.

---

PRESENT: THE HONORABLE　PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:　　　　ATTORNEYS PRESENT FOR DEFENDANTS:
　　　　　　　NONE　　　　　　　　　　　　　　　　　　　　　　NONE

**PROCEEDINGS:**　　　(IN CHAMBERS)

Pursuant to this Court's Order of May 30, 2017, plaintiff was ordered to pay an initial partial filing fee of $5.00 within thirty (30) days of the date of the order (i.e., by June 29, 2017). The $5.00 partial filing fee has not been received by the Court. Accordingly, **no later than August 2, 2017, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee. Receipt of the partial $5.00 filing fee by the Court on or before **August 2, 2017**, shall be deemed compliance with this Order to Show Cause.


cc:　　Aram Hambardzumyan, Pro Se




　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　　ch

---

CV-90 (10/98)　　　　　　　　　　　　　CIVIL MINUTES - GENERAL