UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ARAM HAMBARDZUMYAN, | ) | No. CV 17-3408-MWF (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| MR. McDONALD, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 27, 2017

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE